■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER MIDDLETON, Appellant. [633 NYS2d 975] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Martin, J.), rendered May 25, 1994, convicting him of assault in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari*, 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo*, 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see*, CPL 470.15 [5]). Thompson, J. P., Altman, Goldstein and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN MITCHELL, Appellant. [633 NYS2d 976] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated May 30, 1995 (*People v Mitchell*, 215 AD2d 780), affirming a judgment of the Supreme Court, Queens County, rendered January 19, 1993, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Balletta, J. P., O'Brien, Altman and Krausman, JJ., concur.